# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RHUBIN SCOTT, JR.

NO. 2022 KW 0608

**SEPTEMBER 12, 2022**

---

In Re: Rhubin Scott, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 737,591.

---

**BEFORE: WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

JEW
AHP
WIL

COURT OF APPEAL, FIRST CIRCUIT

*a.snJ*

DEPUTY CLERK OF COURT
FOR THE COURT